STATE v. WARD

No. 158A92-2

Case below: Pitt County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Pitt County, denied 30 July 1996.

STATE v. WHITLOR

No. 207P96

Case below: 122 N.C.App. 197

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

STATE v. WORTHINGTON

No. 265P96

Case below: 122 N.C.App. 400

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

STONE v. G & G BUILDERS

No. 161PA96

Case below: 121 N.C.App. 671

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 30 July 1996.

THREE GUYS REAL ESTATE v. HARNETT COUNTY

No. 242PA96

Case below: 122 N.C.App. 362

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 July 1996.